HAYDN-MYER LAW CORPORATION
CHRISTOPHER HAYDN-MYER, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916)760-2767
email:chrishaydn@sbcglobal.net

Attorney for Defendant
MARTIN SOLORIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR S-10-391 JAM |
| Plaintiff, | ORDER AND STIPULATION BY THE PARTIES THAT PROBATION INVESTIGATE MR. MARTIN SOLORIO'S CRIMINAL HISTORY TO DETERMINE IF HE IS ELIGIBLE FOR A SAFETY VALVE REDUCTION |
| v. | |
| MARTIN SOLORIO, | |
| Defendant. | |

Plaintiff The United States of America, by its counsel, Assistant United States Attorney Michael Beckwith, and defendant MARTIN SOLORIO, by his attorney Chris Haydn-Myer, hereby jointly request and stipulate that this Court may sign the Proposed Order, Ordering Probation to investigate Mr. SOLORIO's criminal history to determine if he is eligible for a safety valve reduction.

Dated: April 20th, 2011

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY
Respectfully submitted,

/s/ Michael Beckwith
CHRISTOPHER HAYDN-MYER for
Assistant United States
Attorney Michael Beckwith

Dated: April 20th, 2011

Respectfully submitted,
/s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Mr. Martin Solorio

**ORDER**

Based upon the agreements and stipulations between counsel in this case:

It is hereby Ordered that the Probation Department investigate Mr. SOLORIO's criminal history to determine if he is eligible for a safety valve sentencing reduction.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: April 26, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE