| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, Bar #294338 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorneys for Defendant
MARTIN SOLORIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 10-391 JAM |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| MARTIN SOLORIO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable JOHN A. MENDEZ |

Defendant, MARTIN SOLORIO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 24, 2012, this Court sentenced Mr. Solorio to a term of 108 months imprisonment;

3. His total offense level was 31, his criminal history category was II, and the resulting guideline range was 108 to 135 months;

4. The sentencing range applicable to Mr. Solorio was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Solorio's total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Solorio's term of imprisonment to a total term of 87 months.

Respectfully submitted,

Dated:  September 16, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   September 16, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
MARTIN SOLORIO

# ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Solorio is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2012 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Solorio shall report to the United States Probation Office within seventy-two hours after his release.

Dated: September 16, 2015

/s/ John A. Mendez_____

United States District Court Judge